# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 24-00042-KD-B |
| BUCCI EXPRESS, INC., and ARJUN SANTIAGO MONROE, | ) ) ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed the Report and Recommendation of the Magistrate Judge dated July 22, 2024 (doc. 16) and made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72(a), is **ADOPTED** as the opinion of this Court.

Accordingly, the Motion to Remand filed March 4, 2024, by Plaintiff Michael Jones (doc. 8) is **GRANTED** and this civil action is **REMANDED** to the Circuit Court of Mobile County, Alabama, pursuant to 28 U.S.C. § 1447(c) for lack of subject-matter jurisdiction.

**DONE** and **ORDERED** this the 8th day of August 2024.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**